UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61112-CIV-SMITH

ERIC PING,

    Plaintiff,
vs.

ISMAEL CAMACHO, *ET AL.*,

    Defendants.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter came before the Court upon the Report of Magistrate Judge [DE 20], in which she recommends dismissing Plaintiff's Complaint with leave to file an amended complaint. The Magistrate Judge recommends dismissal because Plaintiff has sued Defendants in their official capacities and Defendants are not amenable to suit in their official capacities. Instead of filing objections to the Report, Plaintiff has filed a Motion to Amend [DE 22], seeking to amend his complaint to name Defendants in their individual capacities. Having reviewed, *de novo*, the Report of Magistrate Judge, the record, and Plaintiff's motion, it is

**ORDERED** that:

1) The Report of Magistrate Judge [DE 20] is **AFFIRMED and ADOPTED**, and incorporated by reference into this Court's Order; and

2) Plaintiff's Complaint [DE 1] is **DISMISSED without prejudice**.

3) Plaintiff's Motion to Amend [DE 22] is **GRANTED.** Plaintiff shall file an amended complaint by **January 4, 2021.** <u>Failure to timely file an amended complaint will result in dismissal of this action without further notice.</u>

**DONE and ORDERED** in Fort Lauderdale, Florida, this 2nd day of December, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record/Pro se plaintiff